Dr. Arnold Schleifer, Appellant, v. Department of Registration and Education of State of Illinois, and Others, Appellees.

Gen. No. 42,833.

260

Heard in the second division, first district, this court at the October term, 1943; opinion filed May 29, 1945; released for publication June 14, 1945. Anna Svatik, for appellant; George F. Barrett, Attorney General, for appellee; William C. Wines, Assistant Attorney General, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.**